# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL ROCHA, an individual, | ) |
| | ) CASE NO. 2:18-cv-8839-MWF (MAAx) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDERD GRANTING STIPULATION OF** |
| HAWKE MEDIA VENTURES, LLC, a | ) **THE PARTIES PURSUSANT TO FEDERAL** |
| California limited liability company, | ) **RULE OF CIVIL PROCEDURE 41 FOR** |
| | ) **DISMISSAL OF DEFENDANT HAWKE** |
| Defendant. | ) **MEDIA VENTURES WITHOUT** |
| | ) **PREJUDICE** |
| | ) |
| | ) |
| | ) |
| | ) |

**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

1

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD

    Pursuant to the Stipulation for Dismissal filed by the Parties in this action, Hawke Media Ventures is hereby dismissed without prejudice. Each party to bear its own attorney's fees and costs.

DATED: July 26, 2019        By: _____
                                       Honorable Michael W. Fitzgerald
                                       United States District Court Judge